IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAIME MELENDEZ TORRES,

    Plaintiff,

vs.                                                Civ. No. 15-541 LH/SCY

JUAN ALTAMIRANO,
d/b/a CROSS COUNTRY AUTO,
CNA SURETY, d/b/a WESTERN SURETY
COMPANY,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Magistrate Judge Steven C. Yarbrough's Proposed Findings and Recommended Disposition ("PFRD") advising that the Court award Defendant/Cross Claimant CNA Surety $25,538.93 in damages and attorney's fees and costs. Doc. 66. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed award. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

**IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 66) is ADOPTED.

2. Defendant/Cross-Claimant CNA Surety is awarded its requested relief of $25,538.93 against Defendant Juan Altamirano in his personal capacity and d/b/a Cross Country Auto.

_____
SENIOR UNITED STATES DISTRICT JUDGE